IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| **SOUTHERN FARM BUREAU**<br>**LIFE INSURANCE COMPANY** | **PLAINTIFF** |
| v.  CASE NO. 3:24-CV-00045-BSM | |
| **TINA BELL and CHERYL BELL** | **DEFENDANTS** |
| **CHERYL BELL** | **COUNTER CLAIMANT** |
| v. | |
| **SOUTHERN FARM BUREAU**<br>**LIFE INSURANCE COMPANY** | **COUNTER DEFENDANT** |
| **CHERYL BELL** | **THIRD PARTY PLAINTIFF** |
| v. | |
| **GREGORY EVANS** | **THIRD PARTY DEFENDANT** |

## ORDER

The joint motion for disbursement of funds by Tina Bell and Cheryl Bell [Doc. No. 36] is granted in part, Southern Farm Bureau Life Insurance Company's ("SFBLIC") motion to deposit funds [Doc. No. 14] is granted in part, and SFBLIC's motion for attorney fees and costs [Doc. No. 16] is granted in part. SFBLIC is directed to interplead $97,391.25 into the registry of the court, which is the value of the life insurance policy after the deduction of SFBLIC's attorney fees and costs. After that deposit is made, the clerk is directed to write a $48,695.63 check made payable to Timothy F. Watson, in trust for Tina Bell, and to terminate Tina Bell as a party. The clerk is directed to then hold the rest of the funds in an

interest-bearing account pending resolution of Cheryl Bell's claims against SFBLIC and Gregory Evans.  Cheryl Bell's motion for default judgment as to Tina Bell [Doc. No. 11], Tina Bell's motion for an extension of time to file her answer [Doc. No. 24], Tina Bell's motion to set aside default [Doc. No. 26], and Cheryl Bell's motion to take Tina Bell's deposition [Doc. No. 29] are denied as moot.  The clerk is directed to re-style this matter as *Cheryl Bell (Plaintiff) v. Southern Farm Bureau Life Insurance Company and Gregory Evans (Defendants)*.  An initial scheduling order will issue.

    IT IS SO ORDERED this 19th day of July, 2024.

                                                      /s/ Brian S. Miller
                                            UNITED STATES DISTRICT JUDGE