IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHERYL BELL**                                                                                   **PLAINTIFF**

v.                                    CASE NO. 3:24-CV-00045-BSM

**SOUTHERN FARM BUREAU**
**LIFE INSURANCE COMPANY**
**and GREGORY EVANS**                                                          **DEFENDANTS**

## ORDER

The parties have filed a stipulation for dismissal with prejudice. Doc. No. 41. Accordingly, the clerk is directed to disburse the funds in the registry to Dustin H. Jones, in trust for Cheryl Bell. After disbursal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the clerk is directed to close this case. The parties will bear their own attorneys' fees and costs.

IT IS SO ORDERED this 15th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE