IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHERYL BELL**                                                                                           **PLAINTIFF**

v.                              CASE NO. 3:24-CV-00045-BSM

**SOUTHERN FARM BUREAU**
**LIFE INSURANCE COMPANY**
**and GREGORY EVANS**                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE